UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12CV01625 AGF |
| | ) | |
| ANDREW SHAYATOVICH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM and ORDER**

**IT IS HEREBY ORDERED** that the Court will defer its rulings and suspend briefing deadlines with respect to: 1) Defendants' Joint Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (Doc. No. 23), in which Defendants seek the opportunity to conduct discovery prior to the filing of such a response, and 2) Plaintiff's Motion for Summary Judgment (Doc. No. 15), until such time as the Court issues its ruling with respect to Defendants' Motion to Dismiss, or in the Alternative, to Stay.  (Doc. No. 20.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of December, 2012.